| Information to identify the case: | |
|---|---|
| Debtor 1: Brett Michael Fisher Flores<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx−xx−5986<br>EIN: _ _−_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing)<br>First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of New York | Date case filed for chapter:   7   1/9/24 |
| Case number: 1−24−40101−nhl | |

# ORDER TO CLOSE AUTOMATICALLY DISMISSED CASE

The above−captioned case was automatically dismissed under § 521(i)(l).

**IT IS ORDERED THAT:**

  Richard J. McCord (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

  The Chapter 7 case of the above−named debtor(s) is closed.

                             s/ Nancy Hershey Lord
                             United States Bankruptcy Judge

Dated: April 4, 2024

**BLocldsmcs.jsp** [Order to Close Automatically Dismissed Case rev. 02/01/17]