# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 4/4/2024 |
| Case: 1−24−40101−nhl | Form ID: 278 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
tr          Richard J. McCord          rmccord@cbah.com
aty         Richard J. McCord          rmccord@cbah.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Brett Michael Fisher Flores          18 Shore Rd          Douglaston, NY 11363
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         Office of the United States Trustee          Eastern District of NY (Brooklyn)          Alexander Hamilton Custom House          One Bowling Green, Room 510          New York, NY 10004−1408

TOTAL: 5